In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-046 CV


____________________



MARTIN R. RODRIGUEZ, Appellant



V.



JOE JACKSON, CONSTANCE HENSON AND PAUL EAGLIN, Appellees






On Appeal from the 58th District Court


Jefferson County, Texas


Trial Cause No. A-163381






 MEMORANDUM OPINION 


 On May 18, 2006, we notified the parties that the appeal would be dismissed for want
of prosecution unless arrangements were made for filing the record or the appellant explained
why he needed time for filing the record. Appellant did not respond. The appellant is not
entitled to proceed without payment of costs. Tex. R. App. P. 20.1. There being no
satisfactory explanation for the failure to file the record, the appeal is dismissed for want of
prosecution. Tex. R. App. P. 37.3(b). Costs are assessed against appellant.

 APPEAL DISMISSED.

 ____________________________

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered July 27, 2006

Before McKeithen, C.J., Gaultney and Horton, JJ.